AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>DAVID MORRISSEY<br>a/k/a "David John Smentkowski"<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 8:16-MJ-1724-T-AAS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 23, 2016 to Present__ in the county of __Sarasota__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250 | Failed to timely register as a sex offender. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Roger Devall, Deputy USMS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/8/2016

_____
*Judge's signature*

Amanda Arnold Sansone
*Printed name and title*
U.S. Magistrate Judge

City and state: Tampa, Florida

## AFFIDAVIT

I, Deputy Marshal Roger DeVall of the United States Marshals Service, being duly sworn, hereby depose and state:

1. I am a Deputy with the United States Marshals Service ("USMS"). I have been employed with the USMS since December 1996. I am currently assigned to general operations with the USMS Tampa division. My responsibilities include court security, investigation of threats against USMS protectees, and investigation of convicted sex offenders who have failed to register or update their registration pursuant to federal law.

2. This affidavit is submitted in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of other law enforcement officers and on information gathered from computer databases. This affidavit is not intended to include each and every fact and matter observed by or made known to agents of the government but does document the probable cause to charge, David MORRISSEY, a/k/a/ David John Smentkowski, a convicted sex offender, with knowingly failing to register or update a registration in violation of the Sex Offender Registration and Notification Act (SORNA), pursuant to 18 U.S.C. § 2250.

## PROBABLE CAUSE

3. On or about November 15, 1999, MORRISSEY was convicted of Endangering the Welfare of a Child (victim age 13) in Ocean County Superior Court, Ocean County, New Jersey, sentenced to a term of three years' probation, and designated as a Tier 2 offender who is required to register as a sex offender.

4.      On or about May 16, 2016, MORRISSEY signed and acknowledged an Ocean County Prosecutor's Office Sex Offender Registration Form. The Registration Form, among other things, states "I must register in person with the local police department where I live 10 days before any change in address, whether I am moving within the same town, out of town or moving out of the State, and must re-register in person with the local police department in the town that I am moving to 10 days before I intend to live there." MORRISSEY's registered and acknowledged address was 201 Circle Dr., New Egypt, New Jersey 08533.

5.      On or about May 23, 2016, an individual using the name "David John Smentkowski" applied for and obtained a Florida driver's license. MORRISSEY's photo is attached to the license that also shows a date of birth of xx/xx/1979, and a social security number of xxx-xx-9968. Identical numbers have been used by MORRISSEY for identification. The address listed on the driver's license is 203 Portia St. N., Nokomis, Florida, which is located in Sarasota County, within the Middle District of Florida.

6.      On or about August 10, 2016, I began an investigation of MORRISSEY for a possible SORNA violation. Law enforcement officers in New Jersey reported to me that they had received information that MORRISSEY was currently going by the name "David Smentkowski," that he had obtained a Florida driver's license, and that he was in the Venice area, residing at the Motel 6, US 41 Bypass N in Venice, Florida.

7. On or about August 10, 2016, a review of the Florida Sex Offender Registry indicated that MORRISSEY, a white male with a date of birth of xx/xx/1979 is not currently registered in Florida as a sex offender. A review of the name "David Smentkowski" (FL DL# S553-170-79-252-0), on the state of Florida DMV database, shows a picture of MORRISSEY. In addition, the date of birth listed, xx/xx/1979, and the SSN: xxx-xx-9968 are identical to MORRISSEY's identifiers in NCIC and on his New Jersey sex offender registration form.

8. Based on the foregoing facts, I submit that there is probable cause to show that, as of at least June 3, 2016, David MORRISSEY has established residency in the state of Florida and that he has failed to timely register as a sex offender, in violation of 18 U.S.C. § 2250.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Roger Devall, Deputy
United States Marshals Service

Subscribed and sworn before
this __8th__ day of November 2016

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

3