UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



FILED
2018 JAN -4 AM 11: 38
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

DAVID MORRISSEY
   a/k/a David Smentkowski

CASE NO. 8:18-cr-11-T-33mAP
18 U.S.C. § 2250(a)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From in or about May 2016 to in or about June 2016, within the Middle District of Florida and elsewhere, the defendant,

DAVID MORRISSEY,
a/k/a David Smentkowski,

being required to register under the Sex Offender Registration and Notification Act ("SORNA"), codified under 42 U.S.C. § 16901, *et seq.*, did travel in interstate or foreign commerce, and did knowingly fail to register or to update a registration as required by SORNA.

In violation of 18 U.S.C. § 2250(a).

A TRUE BILL,

_____
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
Kristen A. Fiore
Assistant United States Attorney

By: _____
Stacie B. Harris
Assistant United States Attorney
Chief, Major Crimes Section

FORM OBD-34
January 18

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

DAVID MORRISSEY

## INDICTMENT

Violations: 18 U.S.C. § 2250(a)

A true bill,

_____
Foreperson

Filed in open court this 4th day of January 2018.

_____
Clerk

Bail $_____

GPO 863 525

T:\_Cases\Criminal Cases\M\MORRISSEY, David_2016R02267_KAF\f_indictment back sheet.docx